**UNITED STATES FEDERAL COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------- x
THE BOARD OF TRUSTEES OF THE TEAMSTERS
LOCAL 819 PENSION FUND and THE BOARD OF
TRUSTEES OF THE LOCAL 210-AFFILIATED
ANNUITY FUND,

                              Plaintiffs,

- against -

CAMPBELL ENGINEERING SUPPORT SERVICES, INC.,

                              Defendant.
-------------------------------------------------------------------------- x

1:19-CV-8375 (AKH)(SLC)

**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2020

This action having been commenced by Plaintiffs, the Board of Trustees of the Teamsters Local 819 Pension Fund (the "Pension Fund") and the Board of Trustees of the Local 210-Affiliated Annuity Fund (the "Annuity Fund") (collectively, the "Funds"), by the filing of a Summons and Complaint on September 9, 2019 and Defendant, Campbell Engineering Services, Inc., having executed a Waiver of Service of Summons on September 20, 2019 and Defendant having failed to answer or otherwise move with respect to the Complaint and the time therefore having expired, and the Clerk of the Court having issued a Certificate of Default against Defendant on November 14, 2019;

NOW, on motion of Cary Kane LLP, attorneys for Plaintiffs, by Owen M. Rumelt, Esq., it is:

ORDERED, ADJUDGED AND DECREED, that Plaintiffs, in their fiduciary capacity for the Funds, have judgment against Defendant in the amount of $**69,232.20** consisting of delinquent contributions due to the Fund in the amount of $43,775.00, interest accrued on the contributions owed to the Funds in the amount of $2,945.00, liquidated damages in the amount of $8,755.00, attorneys' fees for this action in the

amount of $12,845.00, costs of this action in the amount of $400.00 and additional interest accrued on the amounts owed to the Fund in the amount of $ __512.20__ .

Hon. Alan K. Hellerstein, U.S.D.J

1/10/2020